EMPIRE BRUSHES, INC., et al., Respondents, v. EMANUEL GANTZ et al., Appellants.—

Hopkins, Acting P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.